JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R.T., | Case No. 2:26-cv-03856-AYP |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 5, 2026

_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE